IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| KEMESHA DELISSER, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:20-cv-883 (LMB/IDD) |
| v. | ) | |
| | ) | |
| | ) | |
| PHYSICAL MEDICINE ASSOCIATES, | ) | |
| LTD., d/b/a NATIONAL SPINE AND | | |
| PAIN CENTERS, LLC, | | |
| | | |
| Defendant. | | |

## ORDER

The Court has been advised that the parties are finalizing a settlement agreement in this

matter. Accordingly, it is hereby

ORDERED that the hearing on defendant's Motion to Dismiss Complaint [Dkt. No. 18],

currently set for September 29, 2020 at 11:00AM, be and is CANCELLED, to be rescheduled at

a later date if the parties fail to execute a final settlement agreement.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28 day of September, 2020.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge