IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KEMESHA DELISSER, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHYSICAL MEDICINE ASSOCIATES, LTD. ) <br> d/b/a NATIONAL SPINE ) <br> AND PAIN CENTERS, LLC ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 1:20cv883 (LMB/IDD) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kemesha Delisser, M.D., and Defendant Physical Medicine Associates, LTD d/b/a National Spine and Pain Center (PMA), having settled the matters among them, and consenting to the dismissal of this case, with prejudice; it is therefore

**ORDERED** this matter be, and it hereby is, dismissed, with prejudice as to all claims and all Defendants, with each party to bear their own fees and costs.

**SO ORDERED.**

Dated: October 6, 2020
Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

**SO STIPULATED.**

October 6, 2020

*/S/ CARLA D. BROWN*
Carla D. Brown (VSB No. 44803)
Charlson Bredehoft Cohen & Brown, P.C.
11260 Roger Bacon Drive, Ste. 201
Reston, Virginia 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
cbrown@cbcblaw.com
*Counsel for Plaintiff, Kemesha Delisser, M.D.*


*/S/ KEVIN D. HOLDEN*
Kevin D. Holden (VSB No. 30840)
D. Paul Holdsworth (VSB No. 89258)
Jackson Lewis P.C.
701 E. Byrd St., Richmond, VA 23219
P.O. Box 85068, Richmond, VA 23285
(804) 649-0404 Telephone
(804) 649-0403 Facsimile
Kevin.Holden@jacksonlewis.com
Paul.Holdsworth@jacksonlewis.com
*Counsel for Defendant, Physical Medicine Associates LTD.*

## **CERTIFICATE OF SERVICE**

I hereby certify on the 6th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

> Kevin D. Holden, Esq.
> D. Paul Holdsworth, Esq.
> Jackson Lewis P.C.
> 701 E. Byrd St., Richmond, VA 23219
> P.O. Box 85068, Richmond, VA 23285
> Tel: (804) 649-0404
> Fax: (804) 649-0403
> Kevin.Holden@jacksonlewis.com
> Paul.Holdsworth@jacksonlewis.com
> *Counsel for Defendant, Physical Medicine Associates LTD.*

> */S/ CARLA D. BROWN*
> Carla D. Brown, VSB No. 44803
> CHARLSON BREDEHOFT COHEN & BROWN, P.C.
> 11260 Roger Bacon Drive, Ste. 201
> Reston, Virginia 20190
> cbrown@cbcblaw.com
> (703) 318-6800 Telephone
> (703) 318-6808 Facsimile
> *Counsel for Plaintiff, Kemesha Delisser, M.D.*